U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY - 2 2002

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYBIL R. SCHWARTZBACH,

                Plaintiff,

-against-

THE MILNE INSTITUTE and HUGH MILNE,

                Defendants.

**STIPULATION OF DISCONTINUANCE**
00-CV-1881
TJM/DRH

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is discontinued on the merits and with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: 4/24/02

DeGRAFF, FOY, HOLT-HARRIS,
KUNZ & DEVINE, LLP

By: _Melody A. Mackuyi_
Attorneys for Plaintiff
Office & P.O. Address
90 State Street
Albany, New York 12207
16588001.tjl

DATED: 4/23/02

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

By: JOSEPH AMICONE
Bar Roll No.: 601644
Attorneys for Defendants
Office & P.O. Address
20 Corporate Woods Boulevard
Albany, New York 12211-2350

So ordered.

_David R. Homer_
U.S.M.J.
5/2/02